# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:24-mj-01211-ABA |
| Minh Phuong Vong | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of  Prince George's  in the _____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Aaron Zentner, SA FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/15/2024

*Judge's signature*

City and state: Baltimore, Maryland

Adam B. Abelson, U.S. Magistrate Judge
*Printed name and title*