✓ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

MAY 1 6 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY  TD  DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

MINH PHUONG VONG

Case No. 24-MJ-1211-ABA

\* \* \* \* \* \*

## CONTRIBUTION ORDER

Although counsel has been appointed to represent the Defendant, it appears to the United States Magistrate Judge the Defendant may have sufficient resources to contribute financially toward the payment of counsel fees.

It is therefore required that court-appointed counsel as well as counsel for the government bring this matter to the attention of the judicial officer at the time of conviction or acquittal. The judicial officer may request the Probation Department investigate the Defendant's financial resources and recommend whether the Defendant should be required to pay any sum as a result of services rendered by court-appointed counsel pursuant to the provisions of 18 U.S.C. § 3006A(f).

May 16, 2024
Date

Adam B. Abelson
United States Magistrate Judge