# UNITED STATES DISTRICT COURT
for the
District of Maryland

USDC - BALTIMORE
'24 MAY 24 PM 3:46

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

4:31 pm, May 28 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

| | |
|---|---|
| United States of America<br>v.<br><br>Minh Phuong Vong<br>*Defendant* | )<br>)<br>) Case No. 1:24-mj-01211-ABA<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Minh Phuong Vong,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 1349 (Conspiracy to Commit Wire Fraud)

Date: 5/15/2024

*Issuing officer's signature*

City and state: Baltimore, Maryland

Adam B. Abelson, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 15 May 2024, and the person was arrested on *(date)* 16 May 2024
at *(city and state)* Lanham, MD.

Date: 16 May 2024

*Arresting officer's signature*

SA Kyle Richardson
*Printed name and title*

HD

Rcv'd by: AR