IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * Case No. DLB-24-0177 |
| | * |
| VONG ET AL. | * |
| | * |
| Defendant. | * |
| | * |

*******

## ENTRY OF APPEARANCE

Please enter the appearance of Christina Hoffman, Assistant United States Attorney as counsel for the United States of America in the above-referenced case.

                                              Respectfully submitted,

                                              Erek L. Barron
                                              United States Attorney

          By:        /s/ Christina Hoffman
                      Christina Hoffman
                      Assistant United States Attorney
                      36 South Charles St., 4th Floor
                      Baltimore, Maryland 21201
                      Tel.: (410) 209-4800

Dated: June 3, 2024.