IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: DLB 24-177 |
| MINH PHUONG NGOC VONG | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE OF COUNSEL

To the Clerk of this Court:

Please enter my appearance as CJA counsel for the Defendant, Minh Phuong Ngoc Vong, in the above referenced case. I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ *Julie M. Reamy*
Julie M. Reamy
Federal Bar No. 28232
JULIE M. REAMY | Attorney At Law, LLC
210 Allegheny Avenue, Suite 100
Baltimore, Maryland 21204
Ofc: (410) 605-0000
Email: juliereamy@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of June 2024, this document was electronically filed with the Clerk of U.S. District Court via the CM/ECF system and served upon counsel of record for the government.

/s/ *Julie M. Reamy*
Julie M. Reamy