IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. DLB-24-0177** |
| | * | |
| **MINH PHUONG NGOC VONG,** | * | |
| and | * | |
| **JOHN DOE,** | * | |
| a/k/a William James, | * | |
| | * | |
| **Defendants.** | * | |

*******

## ORDER

Upon consideration of the Consent Motion to Exclude Time Pursuant to the Speedy Trial Act, the Court finds that, pursuant to 18 U.S.C. § 3161(h), the interests of justice will be served by continuing the trial date beyond the speedy trial date, and that the ends of justice served by such continuance outweigh the interests of the public and the defendant in a speedy trial, in that:

a. counsel for the defendant has indicated her consent to this motion;

b. the failure to set trial beyond the speedy trial date in this proceeding would deny counsel for the defendant and the attorneys for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

c. it would be in the interest of justice to allow additional time for the parties to pursue plea negotiations; and

d. the failure to grant this request in this proceeding would be likely to result in a miscarriage of justice.

Therefore, for the reasons set forth above, it is hereby **ORDERED** pursuant to 18 U.S.C. § 3161(h) that the period from **May 30, 2024** through and including **October 19, 2024** shall be excluded from computation under the Speedy Trial Act.

       **IT IS SO ORDERED**.

_____

Date                                                                  Deborah L. Boardman
                                                                       United States District Judge