IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * |
|---|---|
| | * |
| v. | * |
| | * CASE NO. DLB-24-177 |
| MINH PHUONG NGOC VONG, et al, | * |
| | * |
| Defendant | * |
| | * |

## ORDER

Upon consideration of the request of the United States of America to withdraw the appearance of Kathleen O. Gavin, it is hereby

ORDERED, that the appearance of Kathleen O. Gavin be withdrawn in the above captioned case.

ORDERED as prayed, this 8th day of October 2024

_____
Honorable Deborah L Boardman
United States District Judge