IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**         \*

      v.         \*    **Criminal No.:  DLB 24-177**

**MINH VONG**         \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER MODIFYING CONDITIONS OF RELEASE**

Upon consideration of Defendant's Consent Motion for Modification of Release Conditions, it is this _____ day of May 2025,

**ORDERED** that the motion is GRANTED.  The Defendant is permitted to travel to Washington D.C. and the Eastern District of Virginia.

**ORDERED** that all other conditions of the Defendant's release shall remain in effect.

_____
United States Magistrate Judge