# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No.: DLB 24-177 |
| **MINH VONG** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER MODIFYING CONDITIONS OF RELEASE

Upon consideration of Defendant's Consent Motion for Modification of Release Conditions, it is this 16th day of May 2025,

**ORDERED** that the motion is GRANTED. The Defendant is permitted to travel to Washington D.C. and the Eastern District of Virginia.

**ORDERED** that all other conditions of the Defendant's release shall remain in effect.

_____
Deborah L. Boardman
United States District Judge