**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA** *

v. * **Criminal No.: DLB 24-177**

**MINH PHUONG NGOC VONG** *

* * * * * * * * * * * * *

**CONSENT MOTION FOR EXTENSION OF TIME TO SURRENDER**

Defendant, Minh Phuong Ngoc Vong, by and through counsel, Julie M. Reamy, moves for an extension of time to surrender himself to the Bureau of Prisons for service of his sentence. Mr. Vong states the following in support of this motion.

1. On December 4, 2025, Mr. Vong was sentenced to 15 months of imprisonment in the Bureau of Prisons. The Court ordered Mr. Vong to surrender himself to the Bureau of Prisons on February 4, 2026.
2. Mr. Vong has received his designation and a report date of February 2, 2026.
3. Mr. Vong is a single parent to a minor child with special needs and has an important meeting with the Social Security Administration on February 11, 2026, to ensure continuity of his child's disability benefits. Mr. Vong has tried to move the meeting to an earlier date without success.
4. For this reason, Mr. Vong respectfully requests an extension of his surrender date to February 12, 2026.
5. Assistant United States Attorney Christina Hoffman has advised the government has no objection to this request.

WHEREFORE Mr. Vong respectfully requests that the Court grant his motion and issue an order extending his surrender date to February 12, 2026.

Respectfully submitted,

______________________________
Julie M. Reamy
Federal Bar No. 28232
Julie M. Reamy | Attorney At Law, LLC
One Olympic Place, Suite 900
Towson, Maryland 21204
Office: (410) 605-0000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of January 2026 a copy of the foregoing motion was filed with the Clerk of the U.S. District Court for the District of Maryland using the Court's CM/ECF system and served upon counsel of record for the government.

______________________________
Julie M. Reamy